| Fred T. Gordon | |
|---|---|
| vs. | W. C. A. Pet. 1207. |
| Merritt-Chapman Scott | |

December 30, 1931.

WALSH, J. Heard on petition for compensation under terms of Workmen's Compensation Act.

162

Petitioner sustained a laceration of the hand in the course of his employment. The laceration cleared up in two weeks. Within a week or two after the injury, petitioner developed an acute infectious arthritis in his left hip which was progressive in nature and rendered petitioner totally incapable of any work until August 13, 1929, at least and probably interfered seriously with his activity up to the date of the present hearing. The petitioner contends that the arthritis was caused by his accident.

Dr. Marden H. Platt and Dr. J. Merrill Gibson for petitioner would not say that the arthritis was caused by the injury and Dr. Harris for petitioner said that it could be caused by the injury but was careful to avoid saying that it was caused by the injury. Dr. George F. Allison for respondent testified that this arthritis was a slow invasion that would take months, sometimes years, to develop; that it was a very common change due to advancing age; that there was no connection between the arthritis and the injury to the hand; that the arthritis was a wholly independent thing. As the burden is upon the petitioner to show us by a fair preponderance of the testimony that the disability claimed is due to the accident, we feel that the medical testimony introduced does not prove his claim. The injury to the hand was not such a one as to cause any appreciable disability.

The petition for compensation is therefore denied and dismissed.

For petitioner: Roger L. McCarthy.
For respondent: Ralph T. Barnefield.